James D. Weakley, Esq.     Bar No. 082853
Leslie M. Dillahunty, Esq.  Bar No. 195262

WEAKLEY & ARENDT
A Professional Corporation
5200 N. Palm Avenue, Suite 211
Fresno, California 93704
Telephone:  (559) 221-5256
Facsimile:  (559) 221-5262
Jim@walaw-fresno.com
Leslie@walaw-fresno.com

Attorneys for Defendant, County of Fresno

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA ORDAZ GONZALEZ, et al.,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF FRESNO, et al.,<br><br>　　　　　　Defendants. | CASE NO. 1:18-cv-01558-DAD-BAM<br><br>ORDER MOVING THE SETTLEMENT CONFERENCE FROM MARCH 27, 2020, TO MAY 6, 2020 |

In light of the representative for the defendant, COUNTY OF FRESNO, being unable to be available and present for the settlement conference in the above matter, previously scheduled to be conducted on March 27, 2020, before the Honorable Stanley Boone, upon the agreement of all parties, the settlement conference has now been scheduled to be conducted on May 6, 2020, at the hour of 11:00 a.m., before the Honorable Stanley Boone.

IT IS SO ORDERED.

Dated:  **March 17, 2020**　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE