# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA ORDAZ GONZALEZ, et al., | No. 1:18-cv-01558-DAD-BAM |
| Plaintiffs, | NEW CASE NUMBER: |
| v. | **1:18-cv-01558-BAM** |
| COUNTY OF FRESNO, et al., | **ORDER REASSIGNING CASE** |
| Defendants. | |

All parties in the above-captioned case have consented to magistrate judge jurisdiction over this action for all purposes, including trial and entry of final judgment, pursuant to 28 U.S.C. §636(c)(1). (Doc. Nos. 5 and 43.) Accordingly, this court reassigns this action to the docket of United States Magistrate Judge Barbara A. McAuliffe for all further proceedings, including trial and entry of judgment, pursuant to 28 U.S.C. § 636(c)(1).

To prevent a delay in documents being received by the correct judicial officer, the new case number listed below should be used on all future documents filed in this action.

**1:18-cv-01558-BAM**

IT IS SO ORDERED.

Dated: **April 13, 2020**

_____
UNITED STATES DISTRICT JUDGE

1