# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA ORDAZ GONZALEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF FRESNO, et al., <br><br> Defendants. | Case No. 1:18-cv-01558-BAM <br><br> ORDER VACATING MAY 6, 2020 SETTLEMENT CONFERENCE <br><br> (ECF No. 47) |

A settlement conference is currently set for May 6, 2020, before the undersigned. (ECF Nos. 30, 37, 38.) On April 23, 2020, Defendant County of Fresno filed a request to vacate the currently scheduled settlement conference.[1] (ECF No. 47.) Defendant indicates that due to Plaintiffs' pending motion for leave to amend the complaint, the County of Fresno is not in a position to effectively participate in resolving all or part of this case. (Id.) Depending on the ruling on the motion to amend, Defendant would be then willing to reset the settlement conference at a later date. (Id.)

///
///
///
///

---

[1] The docket reflects both the County of Fresno and Fresno County Sheriff's Office are named as Defendants, however the instant filing submitted by Defendant County of Fresno indicates the Sheriff's Office was erroneously sued as a separate entity. (ECF No. 47.)

1

Accordingly, IT IS HEREBY ORDERED that the settlement conference scheduled for May 6, 2020, is VACATED.

IT IS SO ORDERED.

Dated:   **April 23, 2020**

UNITED STATES MAGISTRATE JUDGE