UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA ORDAZ GONZALEZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF FRESNO, et al.,<br><br>Defendants. | Case No. 1:18-cv-01558-BAM<br><br>**ORDER DENYING PLAINTIFF'S EX PARTE MOTION FOR FOURTH EXTENSION OF TIME TO OPPOSE COUNTY OF FRESNO'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE SUMMARY ADJUDICATION OF THE ISSUES, OR TO TAKE HEARING DATE OFF CALENDAR**<br><br>(Doc. No. 49) |

Currently before the Court is Plaintiffs Veronica Ordaz Gonzalez, Jose Ramos Santiago, Omar Perez, and Roberto Perez' ("Plaintiff") motion for a fourth extension of time to file an opposition to Defendant County of Fresno's ("Defendant") Motion for Summary Judgment or in the Alternative Summary Adjudication of Issues. (Doc. No. 49.) Plaintiffs contend that, in light of their Motion for Leave to Amend Complaint to Add Doe Defendants filed on January 3, 2020, good cause exists to either take the hearing on Defendants' motion for summary judgment off calendar or to continue the hearing date "sufficiently far out to ensure the Motion to Amend is decided before further legal and judicial work is required[.]" (*Id.*)

On May 19, 2020, the Court issued an order denying Plaintiffs' motion for leave to amend. (Doc. No. 50.) Plaintiffs' request is accordingly DENIED as moot. However, due to the status of the case in light of the Court's ruling, the hearing on Defendant's Motion for Summary Judgment or in the Alternative Summary Adjudication of Issues (Doc. No. 21) and Amended Motion for Summary Judgment or in the Alternative Summary Adjudication of Issues (Doc. No. 44) is HEREBY CONTINUED from 6/12/20 to **June 26, 2020, at 10:00 AM**

**in Courtroom 8 (BAM) before the undersigned**. The deadlines for any opposition or reply are extended accordingly pursuant to Local Rule 230(c)-(d). The parties may appear at the hearing by telephone with each party using the following dial-in number and access code: **dial-in number 1-877-411-9748; access code 3219139**.

IT IS SO ORDERED.

Dated:  **May 26, 2020**                    /s/ Barbara A. McAuliffe
                                            UNITED STATES MAGISTRATE JUDGE